IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 3:08cv426/LAC/EMT

MARY T. WATKINS,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Before the Court is the Plaintiff's notice of voluntary dismissal without prejudice (doc. 7). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED**:

1.    This action is DISMISSED without prejudice. The Clerk of Court is directed to close this file.

**ORDERED** on this 17th day of February, 2009.

                                               *s/L.A. Collier*
                                               Lacey A. Collier
                                               United States District Judge